# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

---

**BAP NO. RI 21-007**

---

**Bankruptcy Case No. 21-10184-DF**

---

**HILLSIDE VILLAGE CONDOMINIUM ASSOCIATION,**
**Debtor.**

---

**OCEAN DEVELOPMENT PARTNERS, LLC,**
**TITAN FUNDING, LLC, APPIAN WAY 54, LLC, and**
**NICHOLAS FIORILLO,**
**Appellants,**

**v.**

**W. MARK RUSSO, Permanent Receiver for**
**Hillside Village Condominium Association,**
**Appellee.**

---

## ORDER FOR TRANSFER OF APPEAL
## TO U.S. DISTRICT COURT

On March 25, 2021, the Appellee, W. Mark Russo, Permanent Receiver for Hillside Village Condominium Association, filed an Election to Proceed in District Court, pursuant to Fed. R. Bankr. P. 8005(a)(1) and (2) and 1st Cir. BAP L.R. 8005-1(b)(2).

Accordingly, it is hereby **ORDERED** that the above-entitled appeal be **TRANSFERRED** to the United States District Court for the District of Rhode Island.

FOR THE PANEL:

Dated: March 26, 2021          By:     /s/ Leslie C. Storm
                                       Leslie C. Storm, Clerk

[cc: U.S. District Court for the District of Rhode Island; Hon. Diane Finkle;
Clerk, U.S. Bankruptcy Court, District of Rhode Island; and
Shawn Masterson, Esq.; W. Mark Russo, Esq.; John Dorsey, Esq.]